IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:22-CV-1933-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. The case was dismissed for failure to state a claim and final judgment was entered on March 27, 2023. See ECF Nos. 22 and 23. Pending before the Court in this closed case upon referral by the District Judge are the following motions filed after entry of judgment: (1) Plaintiff's requests for relief, ECF Nos. 24 and 30; and (2) Plaintiff's motion for in forma pauperis status, ECF No. 29.

Plaintiff's motion for in forma pauperis status will be denied as unnecessary. Plaintiff was granted in forma pauperis status at the inception of this case and, because Plaintiff has not appealed the final judgment, in forma status on appeal is a moot issue.

///

///

///

   In his requests for relief, Plaintiff states that he is seeking an order awarding him various damages and benefits for unemployment and disability.  Plaintiff's requests will be denied because they seek relief on the merits of his complaint which has been dismissed for failure to state a claim upon which relief can be granted.

   Accordingly, IT IS HEREBY ORDERED as follows:

   1. Plaintiff's motion for in forma pauperis status, ECF No. 29, is DENIED.

   2. Plaintiff's requests for relief, ECF Nos. 24 and 30, are DENIED.

Dated:  October 23, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2